# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON FOERSTER,<br><br>  Plaintiff,<br><br>vs.<br><br>BRUCE LUBECK, individually and in his official capacity as Justice of the Third District Court of Salt Lake County,<br><br>  Defendant. | **ORDER ADOPTING<br>REPORT AND RECOMMENDATION**<br><br>Civil Case No. 2:14-CV-344-DB<br><br>Judge Dee Benson |

  Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on July 21, 2014, recommending that Defendant's Motion to Dismiss (Dkt. No. 5) be granted, and that this case be dismissed with prejudice, based on Defendant's entitlement to judicial immunity.

  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

1

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby **GRANTS** Defendant's Motion to Dismiss (Dkt. No. 5) and **DISMISSES** this case, **WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED this 5th Day of August, 2014.

Dee Benson
United States District Judge